

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00540-CR

Yu **MASAKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2602
The Honorable Angus McGinty, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's judgment and the bill of costs are MODIFIED to delete the assessment of attorney's fees against the appellant. The trial court's judgment is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED March 5, 2014.

_____
Karen Angelini, Justice